United States District Court
Southern District of Texas
**ENTERED**
January 24, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANDREA GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-089 |
| | § | |
| METROPOLITAN LIFE INSURANCE | § | |
| COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

In accordance with the oral rulings issued at the show cause hearing on January 24, 2023, and based on the record in this matter, Judgment is entered in favor of Defendant Metropolitan Life Insurance Company.

It is:

**ORDERED** that Attorney Juan Angel Guerra (Texas Bar Card No. 08581320) is **LIABLE** to Metropolitan Life Insurance Company and its respective successors, heirs, trustees, executors, administrators, devisees, and assigns for the sum of $4,184.87, which is immediately due and payable.

Signed on January 24, 2023.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge